RUTHANNE M. DEUTSCH
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
Telephone: (202) 326-3677
Facsimile: (202) 326-2477
Email: rdeutsch@ftc.gov

LAURA E. DUFFY
United States Attorney
RAVEN M. NORRIS (Local Counsel)
Assistant U.S. Attorney
State of California Bar No. 232868
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7157
Facsimile: (619) 557-5004
email: Raven.Norris@usdoj.gov

FILED

2010 AUG 24  PM 12: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br><br>               Petitioner,<br><br>   v.<br><br>RESPONSE MAKERS, LLC,<br>11230 Sorrento Valley Road, Suite 100<br>San Diego, California 92121<br><br>               Respondent. | '10 CV 1768 WQH    BLM<br><br>Case No. |

**PETITION OF THE FEDERAL TRADE COMMISSION FOR AN ORDER TO ENFORCE
A CIVIL INVESTIGATIVE DEMAND**

### *Preamble*

Petitioner, the Federal Trade Commission ("FTC" or "Commission") petitions this Court, pursuant to Sections 16 and 20 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 56, 57b-1, and 28 U.S.C. §§ 1337 and 1345, and Fed. R. Civ. P. 81 (a)(5), for an order requiring respondent, Response Makers LLC ("Response Makers"), to produce responses to written interrogatories and to document requests, and a sworn verification as to these responses, in response to a Commission Civil Investigative Demand ("CID"), a type of administrative subpoena, issued to Response Makers on July 27, 2010. The CID was issued in the course of a non-public investigation concerning possible violations by Response Makers of Sections 604(f), 607(a), 607(e)(1), and/or 607(e)(2) of the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681b(f), 1681e(a), 1681e(e)(1), 1681e(e)(2), and of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), with respect to, *inter alia*, the sale and marketing of prescreened consumer report information.

Response Makers' absolute failure to comply with the CID is impeding the Commission's investigation. If, based on its investigation, the Commission has reason to believe that violations of the FTC Act or the FCRA have occurred, the Commission may seek monetary civil penalties and injunctive relief or other equitable relief under the FCRA, 15 U.S.C. §§ 1681 - 1681x, as well as injunctive or other equitable relief under the FTC Act, §§ 45(a), 53(b).

The Declaration under penalty of perjury of Katherine Armstrong, which verifies the allegations of this Petition, is attached hereto as Petition Exhibit (Pet. Exh.) 1.

## Petition Allegations

In support of its Petition, the Commission alleges as follows:

1. The Commission is an administrative agency of the United States, organized and existing pursuant to the FTC Act, 15 U.S.C. § 41 *et seq*. The Commission is authorized and directed by Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), to prohibit unfair methods of competition and unfair or deceptive acts or practices in or affecting commerce.

2. The Commission likewise is authorized and directed to enforce the FCRA which, in Section 621, provides that "a violation of any requirement or prohibition imposed under the [FCRA] shall constitute an unfair or deceptive act or practice ... in violation of section 5(a) of the FTC Act." 15 U.S.C. §1681s.

3. Section 3 of the FTC Act, 15 U.S.C. § 43, empowers the Commission to prosecute any inquiry necessary to its duties in any part of the United States. Section 6 of the Act, 15 U.S.C. § 46, empowers the Commission to gather and compile information concerning, and to investigate from time to time, the organization, business, conduct, practices and management of, any person, partnership or corporation engaged in or whose business affects commerce, with certain exceptions not relevant here. Section 9 of the FTC Act, 15 U.S.C. § 49, authorizes the Commission to issue subpoenas to compel the testimony of witnesses and the production of all such documentary evidence relating to any matter under investigation. Section 20 of the FTC Act, 15 U.S.C. § 57b-1, empowers the Commission to require by CID the production of documents or other information relating to any Commission law enforcement investigation. *See also* 15 U.S.C. § 1681s(a)(1) (providing the Commission with the same investigatory authority for violations of the FCRA).

4. This Court also has jurisdiction to enforce the Commission's duly issued CIDs, including

the CID issued to Respondent, under Section 20(e) of the FTC Act, which provides, in pertinent part:

> Whenever any person fails to comply with any civil investigative demand duly served upon him under this section, or whenever satisfactory copying or reproduction of material requested pursuant to the demand cannot be accomplished and such person refuses to surrender such material, the Commission, through such officers or attorneys as it may designate, may file, in the district court of the United States for any judicial district in which such person resides, is found, or transacts business, and serve upon such person, a petition for an order of such court for the enforcement of this section.

15 U.S.C. § 57b-1(e).

5.   Response Makers is a California limited liability company.  Eric Rothchild is the President and Principal Owner.  Response Makers is located at 11230 Sorrento Valley Road, Suite 100, San Diego California, 92121.  Pet. Exh. 1, ¶ 4.  Response Makers is engaged in, and its business affects, "commerce" as that term is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

6.   On April 15, 1999, the Commission issued a "Resolution Directing Use of Compulsory Process in Nonpublic Investigation Into the Acts and Practices of Unnamed Persons, Partnerships and Corporations Engaged in Acts or Practices in Violation of 15 U.S.C. § 1681 *et seq.*, and/or 15 U.S.C. § 45.  The resolution authorized all compulsory process available to the Commission to be used to investigate, among other things, "whether persons, partnerships or corporations may be engaging in, or have engaged in, acts or practices in violation of the FCRA, U.S.C. § 1681 *et seq.*, and/or Section 5 of the FTC Act, 15 U.S.C. § 45, ... relating to information furnished to consumer reporting agencies, maintained in the files of consumer reporting agencies, or obtained as a consumer report from a consumer reporting agency." Pet. Exh. 2.

7.   On July 27, 2010, pursuant to the authority of the investigatory resolution, the Commission issued a CID seeking answers to interrogatories and documents concerning Response Makers' business practices involving the use of prescreened consumer reports.  Pet. Exh. 2.  The CID

was served on July 28, 2010, and directs Response Makers to submit the response materials by August 4, 2010.  Pet. Exh. 3; Pet. Exh. 2; Pet. Exh. 1, ¶7.

8.     Weeks earlier, an FTC investigator spoke with Response Makers' President Eric Rothchild about the Commission's investigation and the Commission's earlier efforts to serve a May 5, 2010 CID at a different address.  In that conversation, Mr. Rothchild confirmed that Response Makers would accept service of the CID at the Sorrento Valley Road address.  Following that initial contact, FTC staff again sent the CID, and made a number of unsuccessful attempts to contact Mr. Rothchild by telephone concerning the Commission's need for responsive materials.  Pet. Exh. 1, ¶ 8.

9.     On July 29, 2010, FTC staff left a message for Mr. Rothchild reminding him that the return date for the CID was August 4, 2010.  On the same day, Mr. Rothchild left a message for Ms. Armstrong, advising that he had received the CID and stating that he would cooperate in the Commission's investigation. On August 4, 2010, after yet another unsuccessful attempt to reach Mr. Rothchild directly, an FTC staff attorney left a voicemail reminding Mr. Rothchild that the responses to the CID were due by close of business that same day, and that, failing a response, the Bureau of Consumer Protection would have to ask the Commission's Office of General Counsel to institute CID enforcement proceedings. Pet. Exh. 1, ¶ 9.

10.    Despite repeated efforts, FTC staff has not been able to speak directly with Mr. Rothchild regarding the failure of Response Makers to respond to the CID.  Furthermore, despite Mr. Rothchild's promise to cooperate in the investigation, the Commission has not received any of the information and documents requested by the CID.  Pet. Exh. 1, ¶ 10.

11.    Response Makers has not objected to the CID on any ground, and has not petitioned the Commission to quash or limit the CID, as provided in FTC Rule 2.7(d)(1), 16 C.F.R. § 2.7(d)(1).  Pet. Exh. 1, ¶ 11.

12. The CID is within the Commission's authority, the information and documents sought are reasonably relevant to the Commission's investigation, and the CID does not impose an unreasonable burden on Response Makers.  Further, Response Makers' failure to comply with the CID greatly impedes the Commission's ongoing investigation, forces the Commission to expend additional public resources, and makes it impossible to assess the legality of Response Makers' practices.  It also prevents the Commission from completing its investigation in a timely manner.  Pet. Exh. 1, ¶ 12.

### *Prayer for Relief*

WHEREFORE, the Commission invokes the aid of this Court and prays:

a. For the immediate issuance of an order directing Response Makers to show cause why it should not comply in full with the subpoena and CID;

b. For a prompt determination of this matter and an order requiring Response Makers to fully comply with the CID within ten (10) days of such order;

c. For such other relief as this Court deems just and proper.

Respectfully submitted,

WILLARD K. TOM
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

LESLIE RICE MELMAN
Assistant General Counsel - Litigation

*Ruthanne M. Deutsch* (signature)

RUTHANNE M. DEUTSCH
Attorneys for Petitioner
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
Telephone: (202) 326-3677
Facsimile: (202) 326-2477
Email: rdeutsch@ftc.gov

LOCAL COUNSEL:

RAVEN M. NORRIS
Assistant U.S. Attorney
State of California Bar No. 232868
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7157
Facsimile:   (619) 557-5004
email: Raven.Norris@usdoj.gov

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Federal Trade Commission

### DEFENDANTS
Response Makers, LLC

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number): Ruthanne Deutsch, FTC, 600 Pennsylvania Ave., Washington, DC 20580; Raven Norris, AUSA, 880 Front St. Rm 6293, San Diego, CA 92101 (619)557-7150

Attorneys (If Known):

'10CV1768 WQH BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☒ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §§ 56, 57b-1 and 28 U.S.C. §§ 1337 and 1345
Brief description of cause:
Petition for an Order to Enforce a Civil Investigative Demand

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 08/24/2010
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

No Fee Required